UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

DARLENE G. WILLIAMS,

    PLAINTIFF

v.

DANA COMPANIES, LLC

    DEFENDANT.

CIVIL ACTION NO. 5:08CV-201-R

*FILED ELECTRONICALLY*

## AGREED ORDER OF DISMISSAL

    Plaintiff, Darlene G. Williams, and Defendant, Dana Companies, LLC, by counsel, and the Court being fully advised that the parties have reached a settlement in this matter,

    IT IS HEREBY ORDERED that the Complaint of Darlene G. Williams against Defendant be and is hereby dismissed with prejudice as settled in full, with each party to bear its costs and fees.

772237:2:LOUISVILLE